TENTATIVE RULING

Debtor: DOUGLAS J BRADFORD
Number: 10-06481-MM13

Hearing: 03:00 PM Tuesday, January 25, 2011

Motion: MOTION FOR VALUATION OF RESIDENCE AND AVOIDANCE OF SECOND TRUST DEED HELD BY GMAC MORTGAGE

Motion to Strip Junior Lien **GRANTED**. Per unopposed appraisal, house is valued at $240,000.00; pursuant to Sec. 506(a) Court finds junior lienholder's lien wholly unsecured by residence's value. Pursuant to Sec. 1322(b), the claim may be treated as unsecured for purposes of this case and the lien may be stripped off the debtor's interest in the property following plan confirmation, completion of the plan, and resulting discharge if applicable. *Denied* as to request to declare lien void pursuant to Sec. 506(d).

Debtor to include the provisions included in Creditor's Conditional Non-Opposition in the order. Creditor to sign off on order.

As this motion is unopposed, counsel is excused from attending this hearing and may submit an order forthwith. The Court will allow fees in the presumptively reasonable amount of $450.00 plus the associated costs subject to proof.